## CHICAGO, R. I. & P. RY. CO. et al. v. STATE.

No. 3473.    Opinion Filed December 5, 1912.

(128 Pac. 907.)

CARRIERS—Rates—Regulation—Corporation Commission. An appeal having been prosecuted from an order of the Corporation Commission promulgating rates, rules, and regulations, and the commission having filed in this court its recommendations as to the modification of said order, and the appellants and appellee appearing and agreeing to submit said appeal on the record and said recommendations, and waiving the filing of briefs, it not being pointed out by specification of error wherein such order so

modified would be unreasonable and unjust, held, that the recommendation of the commission will be adopted, and that said order will be affirmed as modified under said recommendation.

(Syllabus by the Court.)

### Appeal from State Corporation Commission.

Proceeding by the State Corporation Commission for the establishment and promulgation of railroad rates on coal. From an order fixing the rates, the Chicago, Rock Island & Pacific Railway Company and others appeal. Modified and affirmed.

*C. O. Blake, Cottingham & Bledsoe, R. A. Kleinschmidt, C. L. Jackson, E. A. De Meules, E. R. Jones, Geo. E. Black, L. P. Miles,* and *Chas. E. Warner,* for appellants.

*Chas. West,* Atty. Gen., and *Chas. L. Moore,* Asst. Atty. Gen., for the State.

WILLIAMS, J. The Corporation Commission of the state of Oklahoma has filed, in writing, certain recommendations for modification by this court as to Order No. 502, involved in this appeal. All the attorneys for appellants, and the Attorney General, for the state, appeared and in open court by agreement submitted the case upon the record in this appeal and said recommendations of the commission, and waived the filing of briefs.

It is ordered that the commission's recommendations be adopted, and in lieu of the rates, rules, and regulations contained in the original Order No. 502, that the rates, rules, and regulations contained in said recommendations, which are as follows:

#### CORPORATION COMMISSION OF OKLAHOMA

Cause No. 1,351.                    Order No. 502.

To the Atchison, Topeka & Santa Fe Railway Company, Chicago, Rock Island & Pacific Railway Company, Clinton & Oklahoma Western Railway Company, Ft. Smith & Western Railroad Company, Gulf, Colorado & Santa Fe Railway Company, Kansas City, Mexico & Orient Railway Company, Kansas City Southern Railway Company, Midland Valley Railroad Company, Missouri, Kansas & Texas Railway Company, Missouri, Oklahoma & Gulf Railway Company, Oklahoma Central Railway Company, St. Louis & San Francisco Railroad Company, St. Louis, El Reno & Western Railway Company, St. Louis, Iron Mountain & Southern Railway Company, and Wichita Falls & Northwestern Railway Company:

Opinion of the Court.

It is hereby ordered that on and after the 31st day of July, 1911, no railroad or combination of railroads doing business in the state of Oklahoma shall charge, assess or collect a greater rate for the shipment of the commodities named herein than are herein provided, and that the following rules in so far as they are applicable shall govern the handling and assessment of charges upon such commodities between points in the state of Oklahoma on the lines of the railroads and railways named above:

### Item No. 1.

| Miles | Column 1. | Column 2. | Miles | Column 1. | Column 2. |
|---|---|---|---|---|---|
| 5 | 25 | 21 | 160 | 130 | 110 |
| 10 | 31 | 26 | 170 | 135 | 115 |
| 15 | 37 | 31 | 180 | 140 | 119 |
| 20 | 42 | 36 | 190 | 145 | 123 |
| 25 | 47 | 40 | 200 | 150 | 127 |
| 30 | 51 | 43 | 210 | 154 | 131 |
| 35 | 55 | 47 | 220 | 158 | 134 |
| 40 | 59 | 50 | 230 | 162 | 138 |
| 45 | 63 | 54 | 240 | 166 | 141 |
| 50 | 67 | 57 | 250 | 170 | 145 |
| 55 | 71 | 60 | 260 | 174 | 148 |
| 60 | 75 | 64 | 270 | 178 | 151 |
| 65 | 79 | 67 | 280 | 182 | 155 |
| 70 | 82 | 70 | 290 | 186 | 158 |
| 75 | 85 | 72 | 300 | 190 | 162 |
| 80 | 88 | 75 | 310 | 194 | 165 |
| 85 | 91 | 77 | 320 | 198 | 168 |
| 90 | 94 | 80 | 330 | 203 | 173 |
| 95 | 97 | 82 | 340 | 206 | 175 |
| 100 | 100 | 85 | 350 | 210 | 179 |
| 110 | 105 | 89 | 360 | 214 | 182 |
| 120 | 110 | 93 | 370 | 218 | 185 |
| 130 | 115 | 97 | 380 | 222 | 189 |
| 140 | 120 | 102 | 390 | 226 | 192 |
| 150 | 125 | 106 | 400 | 230 | 195 |

### Item No. 2.

Rates named in column 1 of item 1 shall apply upon carload shipments of coal and coke.

### Item No. 3.

Rates named in column 2 of item 1 shall apply upon shipments of slack coal in carload lots.

### Item No. 4.

Slack coal shall be considered as any and all coal that will pass through a bar screen with bars one and five-eighths inches apart or through a round hole two and one-half inches in diameter. All other coal shall move under the designation of coal and coke.

### Item No. 5.

The minimum weight upon carload shipments of the commodities named herein shall be the marked capacity of the car except when cars are loaded to their full visible capacity actual weight, but not less than 30,000 lbs. shall govern.

### Item No. 6.

Rates named in columns 1 and 2 of item 1 are for application over one line or two or more lines which are under the same management and control either directly or indirectly, in making joint rates over two or more lines not directly or indirectly under the same management and control add 15c per ton shipments moving two lines and 20c per ton for shipments moving via three or more lines.

### Item No. 7.

Where shipments are reconsigned either before or after reaching the first destination and such reconsignment causes a movement of over three hundred miles from point of origin to final destination, 2c per ton for each ten miles or fraction thereof in excess of three hundred miles shall be added to the rates named in columns 1 and 2 of item 1.

### Item No. 8.

The railways and railroads named herein shall prepare and publish joint tariff to carry out the provisions of this order. One copy of such tariff shall be filed at each freight depot of each and all of the carriers named herein and two copies for account of each carrier named herein shall be filed with this commission.

This commission reserves the right to direct the basis for revenue divisions wherever carriers fail to agree.

### Item No. 9.

All orders or parts of orders heretofore issued by this commission which in any way conflict with the rules named herein are hereby canceled and superseded, the commission reserving the right to relieve the carriers, consignors or consignees of any hardships caused by the enforcement of the rules named herein either before or after movement.

In connection with the above order it has been represented to the commission that, without detriment to the consumers of the state, a simplified adjustment of group rates on coal can be inaugurated, and pending the establishment of such rates on a group basis the carriers may observe the present voluntary rates as a maximum, but refunds shall be made on the basis of the rates contained in the above recommendation

—be and are hereby made effective as of date of the said original order, to wit, the 30th day of July, A. D. 1911. Tariff under this order to become operative as to the various lines when the schedule of rates is printed and filed with the commission.

Further, it being made to appear to this court by written representation of the Corporation Commission that there is now pending and under consideration a simplified adjustment of group rates on coal, at the suggestion and recommendation of said commission, pending the establishment of such rates on such basis, the carriers may observe their voluntary rates as a maximum, but refunds shall be made on the basis of the above stated rates.

All the Justices concur.